# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Augustin,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:07cv77

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/25/07 Order.

Signed: September 25, 2007

Frank G. Johns, Clerk
United States District Court